FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2022

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K.,** Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered Appellee's motion for rehearing; the motion is denied. *See* TEX. R. APP. P. 49.3.

However, to correct a clerical error in the judgment or opinion, we strike the following sentence from the opinion: "The final order requires parties to notify each other of vacation plans, the children's extra-curricular activities, the children's education status, the children's medical conditions, medications, and doctors' information." *See* TEX. R. APP. P. 19.3(a).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court